

# NUMBER 13-22-00497-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ERIK RAMOS II

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

Relator Erik Ramos II has filed a petition for writ of mandamus contending that the trial court violated relator's right to due process under the United States Constitution and right to due course of law under the Texas Constitution by: (1) revoking relator's bond without proper notice, (2) revoking relator's bond without benefit of a hearing; and (3) by refusing to allow relator's counsel to present evidence or make an offer of proof.

The Court requests that the real party in interest, the State of Texas, acting by and through Jose Aliseda, the Bee County District Attorney, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of

mandamus on or before the expiration of ten days from the date of this order. *See* TEX.

R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day of October, 2022.